11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Sierra Club,                                   * From the 201st District
                                                 Court of Travis County,
                                                 Trial Court No. D-1-GN-11-000763.

Vs. No. 11-12-00040-CV                         * August 1, 2013

Texas Commission on Environmental Quality * Per Curiam Memorandum Opinion
and Tenaska Trailblazer Partners, LLC.           (Panel consists of: Wright, C.J.,
                                                 McCall, J., and Willson, J.)


    This court has considered Sierra Club's unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, we grant Appellant's unopposed motion to dismiss as moot. Accordingly, we vacate the order of the trial court and dismiss this appeal. The costs incurred by reason of this appeal are taxed against Sierra Club.